# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 27, 2016

## NO. 03-14-00349-CV

**Erasmo Garcia, Appellant**

**v.**

**The Texas Real Estate Commission; and Douglas E. Oldmixon in his Official Capacity as Administrator of the Texas Real Estate Commission, Appellees**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on March 4, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. The Court reverses the portion of the judgment that failed to comply with section 2001.058(e) of the Administrative Procedure Act in modifying the administrative law judge's recommended sanction to include a two-year suspension and remands the case to the trial court for further proceedings consistent with the Court's opinion. The Court affirms the remainder of the trial court's judgment. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.